UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


FILED
2003 OCT -1  A 11: 13
US
BRID

ALBERT WRIGHT
DAVID COMPAS

v.                                                          3:00CV1745 (AHN)

MARK SANTOPIETRO


### JUDGMENT

This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge, as a result of defendant's motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on September 29, 2003, entered a Ruling on Defendant's Motion for Summary Judgment granting defendant's motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 1st day of October, 2003.

KEVIN F. ROWE, Clerk

By _____
      Deputy Clerk

Entered on Docket _____