*FILED*

2003 NOV 24  P 12: 16

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALBERT WRIGHT AND DAVID COMPAS     :     CIV. NO.3:00CV01745(AHN)
    Plaintiffs,

vs.

MARK SANTOPIETRO,
    Defendant.                     :     NOVEMBER 21, 2003

### MOTION FOR TAXATION OF COSTS

Pursuant to 28 U.S.C. §§1821, 1920, 1923 and 1924 and Local

Rule 17, the defendant moves for taxation of costs against the

plaintiffs.

Defendant hereby move for taxation of costs in the amount of

$758.01 as itemized in the Verified Bill of Costs attached hereto

in support of this motion as Exhibit 1.

DEFENDANT, MARK SANTOPIETRO

BY

Marcia J. Gleeson
Federal Bar Number: ct05303
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
His Attorney

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 21st day of November, 2003, to the following counsel of record:

Attorney Katrina Engstrom
Williams & Pattis, P.C.
1 Elm Street, Suite 409
New Haven, CT  06510

Marcia J. Gleeson

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALBERT WRIGHT AND DAVID COMPAS        :        CIV. NO.3:00CV01745(AHN)
        Plaintiffs,

vs.

MARK SANTOPIETRO,
        Defendant.                   :        NOVEMBER 21, 2003

## VERIFIED BILL OF COSTS

I, Marcia J. Gleeson, being duly sworn hereby depose and say:

1.    I am over the age of eighteen and believe in the obligation of an oath.

2.    I am the attorney for the defendants in the above-captioned matter and submit this Affidavit in support of their Motion for Taxation of Costs pursuant to 28 U.S.C. §1821, 1920, 1923 and 1924 and Local Rule 17.

3.    Judgment entered in favor of all defendants on October 16, 2003.  The appeal period has expired.

4.    The following is an itemization of costs incurred to defend against the suit brought by the plaintiff.

**Deposition Transcripts:**

Deposition of Albert Wright and David Compas
December 27, 2001 - **$ 758.01**

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776

5.    The aforementioned costs are correct and were actually and necessarily incurred in this litigation as evidenced by the receipts annexed hereto as Exhibit 2.

_____
Marcia J. Gleeson

Subscribed and sworn to before me on this 21st day of November, 2003.

_____
Commissioner of the Superior Court

## PATRICIA TYSZKA, LSR, RMR
### COURT REPORTING SERVICES
189 Old Forge Road
Riverton, Connecticut 06065-1214
(860) 379-7955


## INVOICE


**TO:** Christopher Arciero, Esq.           **DATE:** 1/18/02
Sack, Spector & Karsten                **INVOICE #:** 4454
836 Farmington Avenue                  **TAX ID #:** 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
West Hartford, CT 06105

**RE:** Albert Wright and David Compas vs Mark Santopietro

**DEPOSITION OF:** Albert Wright, David Compas  12/27/01

| | | |
|---|---|---|
| **APPEARANCE FEE:** | | 80.00 |
| **TRANSCRIPT:** No. of Pgs: 174 @ 3.65 | | 635.10 |
| | **SUBTOTAL** | 715.10 |
| **XEROXING:** | | |
| **DISKETTE:** | | |
| **COMPRESSED FORMAT:** | | |
| | **SUBTOTAL** | 715.10 |
| | **SALES TAX** | 42.91 |
| | **TOTAL** | 758.01 |

**SACK, SPECTOR & KARSTEN**

VENDOR ID: TYSZKA
PAYEE: Patricia Tyszka, RPR

CHECK NO: 00002939
MEMO: Inv. #4454

DATE: 03/06/02

2939

ACCOUNT

4100 Less: Client Expenses

AMOUNT

758.01

CHECK TOTAL:    *******$758.01