FILED

2003 NOV 24 P 12: 16

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALBERT WRIGHT AND DAVID COMPAS        :    CIV. NO.3:00CV01745(AHN)
    Plaintiffs,

vs.

MARK SANTOPIETRO,
    Defendant.                        :    NOVEMBER 21, 2003

**MOTION FOR TAXATION OF COSTS**

Pursuant to 28 U.S.C. §§1821, 1920, 1923 and 1924 and Local Rule 17, the defendant moves for taxation of costs against the plaintiffs.

Defendant hereby move for taxation of costs in the amount of $759.01 as itemized in the Verified Bill of Costs attached hereto in support of this motion as Exhibit 1.

                                      DEFENDANT, MARK SANTOPIETRO

                                      BY_____
                                      Marcia J. Gleeson
                                      Federal Bar Number: ct05303
                                      Sack, Spector & Karsten
                                      836 Farmington Avenue
                                      West Hartford, CT 06119
                                      His Attorney

GRANTED ABSENT OPPOSITION
(LOCAL RULE 9 (A))

/s/ Alan H. Nevas, USDJ

FILED 2004 JAN -9 A 10:14 US DISTRICT COURT BRIDGEPORT CT