```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

ALBERT WRIGHT AND DAVID COMPAS     :    CIV. NO.3:00CV01745(AHN)
    Plaintiffs,

vs.

MARK SANTOPIETRO,
    Defendant.                     :    April 8, 2004

### DEFENDANT'S MOTION FOR RELEASE OF SECURITY FOR COSTS

On January 9, 2004, the defendant's Motion for Taxation of Costs in the amount of $758.01 was granted by the court, Nevas, J. As more than ninety (90) days have passed without payment having been tendered by the plaintiff, the defendant hereby moves that the $500.00 deposited with the court as security for costs under Local Rule 8(a), and any accrued interest, be released to the defendant in partial payment of the taxation of costs. The defendant further requests that the payment be in the form of a check in the amount of $500.00, plus any interest accrued, made payable to the City of Waterbury.

                                        DEFENDANT, MARK SANTOPIETRO

                                  BY_____
                                    Marcia J. Gleeson
                                    Federal Bar Number: ct05303
                                    Sack, Spector & Karsten
                                    836 Farmington Avenue
                                    West Hartford, CT 06119
                                    His Attorney
                                    mgleeson@sackspec.com

**CERTIFICATION**

    This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 9th day of April, 2004, to the following counsel of record:

Attorney Katrina Engstrom
Williams & Pattis, P.C.
51 Elm Street, Suite 409
New Haven, CT  06510

                                                                                                  _____
                                                                                                   Marcia J. Gleeson

Case 3:00-cv-01745-AHN    Document 38    Filed 04/14/2004    Page 3 of 3