FILED

2004 APR 14 P 12: 37

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALBERT WRIGHT AND DAVID COMPAS    :    CIV. NO.3:00CV01745(AHN)
    Plaintiffs,

vs.

MARK SANTOPIETRO,
    Defendant.    :    APRIL 13, 2004

### DEFENDANT'S MOTION FOR RELEASE OF SECURITY FOR COSTS

On January 9, 2004, the defendant's Motion for Taxation of Costs in the amount of $758.01 was granted by the court, Nevas, J. As more than ninety (90) days have passed without payment having been tendered by the plaintiff, the defendant hereby moves that the $500.00 deposited with the court as security for costs under Local Rule 8(a), and any accrued interest, be released to the defendant in partial payment of the taxation of costs. The defendant further requests that the payment be in the form of a check in the amount of $500.00, plus any interest accrued, made payable to the City of Waterbury.

DEFENDANT, MARK SANTOPIETRO

BY_____
Marcia J. Gleeson
Federal Bar Number: ct05303
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
His Attorney
mgleeson@sackspec.com

[handwritten margin annotations: "38", "4/15/20 07 GRANTED", "ALAN H. NEVAS, U.S.D.J.", "SO ORDERED", stamp: "FILED 2004 APR 16 U.S. DISTRICT COURT BRIDGEPORT, CONN"]